IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HECTOR CLAUDIO, *et al.*,

        Plaintiffs,      :    CIVIL ACTION NO. 15-5862

        v.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY,

        Defendant.

FILED
JUN 15 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

NOW, this 15th day of JUNE, 2017, IT IS HEREBY ORDERED that the Joint Motion for Approval of Settlement and Dismissal of Claims with Prejudice is GRANTED, and the Parties' proposed Settlement Agreement is APPROVED. The Clerk of Court is directed to close the case.

BY THE COURT:

_Joel Slomsky_
The Honorable Joel H. Slomsky